ANNIE F. BUTLER et al., Appellants, *v.* THE EVENING MAIL ASSOCIATION, Respondent.

Where goods are purchased on credit by a known agent for the use of his principal, the presumption is that the credit was given to the latter, and he can avoid liability only by showing affirmatively that it was given exclusively to the agent.

(Argued May 27, 1874; decided September term, 1874.)

THIS was an action to recover for paper alleged to have been sold and delivered by plaintiff to defendant.

The purchases were made by one Sweetzer, who was the secretary, treasurer and managing agent of defendant, and the paper purchased was for the use of, and was used by, defendant.

The defence was that the sales were to Sweetzer, not to it, and the referee so found. The commission held that there was no evidence to sustain the finding, laying down the rule as above, citing *Meeker* v. *Claghorn* (44 N. Y., 349).

*E. A. Graham* for the appellants.

*Anderson, Adams & Young* for the respondent.

EARL, C., reads for reversal.
All concur.
Judgment reversed and new trial ordered.